Fill in this information to identify the case:

Debtor name: **Precise Corporate Staging, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): 4-16-bk-14281

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096 | | Credit card purchases | | | | $13,865.75 |
| Chase Card Services<br>PO Box 94014<br>Palatine, IL 60094 | | Credit card purchases | | | | $12,492.85 |
| Discover<br>PO BOX 51908<br>Los Angeles, CA 90057 | | Credit card purchases | | | | $1,990.21 |
| Lexus Financial Services<br>PO BOX 5855<br>Carol Stream, IL 60197 | | Car Loan -Company Car 2013 Lexus RX450H | | | | $18,865.01 |
| M & I Bank (BMO Harris)<br>PO BOX 3052<br>Milwaukee, WI 53201 | | | | | | $10,463.80 |
| Sam's Club<br>PO BOX 960016<br>Orlando, FL 32896 | | | | | | $2,400.00 |
| Super Logistics<br>9299 West Olive Avenue, #507<br>Peoria, AZ 85345 | | | | | | $39,150.00 |
| Video Equipment Rental<br>912 Ruberta Avenue<br>Glendale, CA 91201 | | | | | | $26,330.00 |